No. 77–5827.   JOHNSON v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 77–5834.   ROGERS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–5846.   JOHNSON v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 77–5859.   CALDWELL v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 77–5861.   HEADS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 77–5862.   LODEN v. THOMPSON ET AL.   C. A. 7th Cir. Certiorari denied.

No. 77–5867.   BROWN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 77–5870.   BARNETT ET UX. v. CISNEROS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 77–5871.   KOSSA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–5872.   ALLEN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 77–5876.   HARPER v. RIDDLE, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 77–5877.   CARROLL v. MANSON, CORRECTIONS COMMISSIONER, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 77–5879.   WALKER ET AL. v. PIERCE ET AL.   C. A. 4th Cir.   Certiorari denied.